UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION, a Delaware Corporation, and POLARIS ACCEPTANCE, an Illinois General Partnership,<br><br>   Plaintiffs,<br> v.<br><br>ENGLAND ENDEAVORS, INC. dba THIN AIR, JAY ENGLAND, ANNE ENGLAND, GEORGE SCHJELDERUP and WENDY SCHJELDERUP, DOE individuals I through XX, and ROE CORPORATIONS I through XX,<br><br>   Defendants.<br>_____/ | Case No. 2:12-cv-00715-KJM-EFB<br><br>**ORDER TO EXONERATE BOND** |

For good cause shown, as demonstrated by the Motion to Exonerate Bond filed in the above-captioned matter ("this case") by Plaintiff GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION, a Delaware corporation ("Plaintiff"), and good cause appearing:

**IT IS HEREBY ORDERED** that the Bond in Replevin, No. 2012-0000016, in the amount of $1,487,892.48 ("Replevin Bond"), posted in this case by Plaintiff with the United States District Court for the Eastern District of California, Sacramento Division, on April 19, 2012 is hereby exonerated.

///

1  **IT IS FURTHER ORDERED** that the Principal and Surety named on the Replevin Bond
2  are hereby released from further liability under that Replevin Bond.
3  **IT IS SO ORDERED.**
4  DATED this 22nd day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE